DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent, *v.* JEFFERSON POWER COMPANY, Appellant, Impleaded with Others.

*Dexter Sulphite P. & P. Co.* v. *Jefferson Power Co.*, 179 App. Div. 332, affirmed.

(Argued May 27, 1919; decided July 15, 1919.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 6, 1917, affirming a judgment in favor of plaintiff entered upon the report of a referee.  The action involved the water rights of the respective parties on the Black river in the village of Dexter.  The complaint demanded judgment that the defendants and each of them be restrained and enjoined from drawing water so as to diminish the quantity to which the plaintiff is entitled, as alleged, and that the defendants be restrained from using any more water

than their respective grants conveyed. The answers of the defendants contained a general denial of the allegations of the complaint.

*Edward N. Smith* for appellant.

*Elon R. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and McLAUGHLIN, JJ. Absent: CRANE, J.